

# THE THIRTEENTH COURT OF APPEALS

---

13-16-00454-CV

---

Shahin Zaraienh
v.
Fernando Mancias, Katie Klein, and Dale & Klein, L.L.P.

---

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-1384-14-A(1)

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Shahin Zaraienh.

We further order this decision certified below for observance.

June 6, 2018